**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS DANNY SOTO,

                Plaintiff,

-against-                                       25 **CIVIL** 1543 (LLS)

                                              **JUDGMENT**

STATE OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 4, 2025, Plaintiff's amended complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

       June 5, 2025

                                                 **TAMMI M. HELLWIG**
                                                 _____
                                                    **Clerk of Court**

                 **BY:**             K. Mango

                                                   _____
                                                    **Deputy Clerk**